IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

            Plaintiffs,

     v.

GAPCO MINING CO., INC.
Route 1, Box 48C
Pounding Mill, VA 24637

FALCON LEASING CO., INC.
Rt. 16
Newhall, WV  24866

           Defendants.

Civil Action No. 1:08-cv-01045
Judge:  Rosemary M. Collyer

**AFFIDAVIT OF SERVICE**
**ON DEFENDANT FALCON LEASING CO., INC.**

I hereby affirm that a copy of Plaintiffs' complaint and summons was served on Defendant

on July 22, 2008 via certified mail-return receipt requested at the following address:

     Falcon Leasing Co., Inc.
     O.A. Stump, Jr.
     P O Box 17
     Newhall, WV 24866

I declare that the foregoing is true and correct.

Date:  August 12, 2008

/s/<u>Lynn L. Kiernan</u>
   Lynn L. Kiernan
   Attorney Assistant III
   UMWA Health & Retirement Funds
   Office of the General Counsel
   2121 K Street, NW Suite 350
   Washington, D.C. 20037
   Telephone:  (202) 521-2243

197032243.doc

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, et. al., as Trustees of the
United Mine Workers of America
1974 Pension Plan

**SUMMONS IN A CIVIL CASE**

V.

Gapco Mining Co., Inc.
Route 1 Box 48C
Pounding Mill, VA 24637

Falcon Leasing Co., Inc.
PO Box 17
Newhall, WV 24866

CASE NUMBER: $08-1045 (RMC)$

TO: (Name and address of Defendant)

Falcon Leasing Co., Inc.
PO Box 17
Newhall, WV 24866

Serve: O.A. Stump Jr.
PO Box 17
Newhall, WV 24866

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Newsome, Associate General Counsel
Kathleen B. Burns, Assistant General Counsel
UMWA Health & Retirement Funds
2121 K Street, N.W. Suite 350
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

DATE    7/9/2008

CLERK

(By) DEPUTY CLERK

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  July 22, 2008 |

| | |
|---|---|
| NAME OF SERVER *(PRINT)*  Lynn L. Kiernan | TITLE  Attorney Assistant III |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

✓G  Other (specify): Via certified mail - return receipt requested. Office of the Secretary of State, State of West Virginia accepted service of process and sent a copy of the Summons and Complaint to Falcon Leasing Co., Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/12/08          Lynn L. Kiernan
           Date          Signature of Server

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St. NW Suite 350
Washington, D.C. 20037
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**Betty Ireland**
**Secretary of State**

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

Larry D Newsome & Kathleen B Burns
UMWA Health & Retirement Funds
2121 K Street NW Suite 350
Washington, DC 20037

July 23, 2008

Civil Action: 08-C-1045

I am enclosing:

| | | | |
|---|---|---|---|
| ____ summons | __1__ original | |
| ____ notice | ____ affidavit | |
| ____ order | ____ answer | **RECEIVED** |
| ____ petition | ____ cross-claim | |
| ____ motion | ____ counterclaim | JUL 2 8 2008 |
| ____ interrogatories | ____ request | |
| ____ suggestions | __1__ certified return receipt | OFFICE OF THE |
| ____ subpoena duces tecum | ____ request for production | GENERAL COUNSEL |
| ____ summons and complaint | ____ request for admissions | |
| ____ summons returned from post office | ____ no return from post office | |
| ____ summons and amended complaint | ____ notice of mechanic's lien | |
| ____ 3rd party summons and complaint | ____ suggestee execution | |

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of Falcon Leasing Co., Inc..

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

*Penney Barker*

Penney Barker, Manager
Business & Licensing Division

2. Article Number

7160 3901 9845 5838 3703

| COMPLETE THIS SECTION ON DELIVERY | |
|---|---|
| A. Received by (Please Print Clearly) Mindy Johnson | B. Date of Delivery 7-22-08 |
| C. Signature X Mindy Johnson | ☐ Agent ☐ Addressee |
| D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

08-C-1045
Falcon Leasing Co., Inc.
O. A. Stump, Jr.
P O Box 17
Newhall, WV  24866

PS Form 3811, January 2005          Domestic Return Receipt

# UNITED STATES POSTAL SERVICE

### PRINT YOUR NAME, ADDRESS AND ZIP CODE BELOW

First Class Mail
US Postage Paid
Permit No. G - 10

**SECRETARY OF STATE**
**PROCESS SECTION**
**BUILDING 1 ROOM 157K**
**1900 KANAWHA BLVD E**
**CHARLESTON WV  25305-0777**