IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br><br>     Plaintiffs,<br>  v.<br><br>GAPCO MINING CO., INC.<br>Route 1, Box 48C<br>Pounding Mill, VA 24637<br><br>FALCON LEASING CO., INC.<br>Rt. 16<br>Newhall, WV  24866<br><br>     Defendants. | Civil Action No. 1:08-cv-1045 (RMC) |

## AFFIDAVIT OF SERVICE
## ON DEFENDANT GAPCO MINING CO., INC.

  I hereby affirm that a copy of Plaintiffs' complaint and summons was served on

Defendant on August 18, 2008 via certified mail-return receipt requested at the following

address:

  O. A. Stump, Jr.
  Gapco Mining Co., Inc.
  P.O. Box 30
  Newhall, WV 24866

  I declare under penalty of perjury that the foregoing is true and correct.

August 25, 2008

/s/ <u>Lynn L. Kiernan</u>
Attorney Assistant III
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, NW Suite 350
Washington, D.C. 20037
Telephone: (202) 521-2243

197032737.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I served the foregoing Affidavit of Service On Defendant Gapco Mining Co., Inc. via United States Mail, First Class, Postage Prepaid, to the following individual:

    O. A. Stump, Jr.
    Gapco Mining Co., Inc.
    P.O. Box 30
    Newhall, WV  24866

                                                                                 /s/
                                                          Lynn L. Kiernan
                                                         Attorney Assistant III

# EXHIBIT A



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, et al., as Trustees of the
United Mine Workers of America 1974
Pension Trust

**SUMMONS IN A CIVIL CASE**

V.

Gapco Mining Co, Inc.

and

Falcon Leasing Co., Inc.

CASE NUMBER:   1:08-cv-01045 (RMC)

TO: (Name and address of Defendant)

Gapco Mining Co., Inc.
P.O. Box 30
Newhall, WV 24866

Serve:
O.A. Stump, Jr.
P.O. Box 30
Newhall, WV 24866

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Newsome, Associate General Counsel
Kathleen B. Burns, Assistant General Counsel
UMWA Health & Retirement Funds
2121 K Street, N.W. Suite 350
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    8/7/2008

CLERK                                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  August 18, 2008 |
| NAME OF SERVER *(PRINT)*  LYNN L. KIERNAN | TITLE  Attorney Assistant III |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): via certified mail - return receipt requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/25/08
Date

Signature of Server: *Lynn L. Kiernan*

Address of Server:
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St. NW, Suite 350
Washington, DC 20037

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 8/18/08 |
| 1. Article Addressed to:<br><br>O.A. Stump, Jr.<br>Gapco Mining Co., Inc.<br>P.O. Box 30<br>Newhall, WV 24866 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0000 0197 7488 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

